**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMIRA BLACK, <br><br> Plaintiff, <br><br> v. <br><br> KYLE ENTERPRISES, INC. and KANDICE CORPORATION d/b/a McDONALD'S, <br><br> Defendant. | No. 17-cv-3009 <br><br> Judge Jorge L. Alonso <br><br> Magistrate Judge Maria Valdez |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Amira Black and Defendants Kyle Enterprises, Inc. and Kandice Corporation d/b/a McDonald's, by and through their respective counsel, and to pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of the above-captioned matter with prejudice, each party to bear his or its own attorneys' fees and costs.

| STIPULATED AND AGREED TO: | STIPULATED AND AGREED TO: |
|---|---|
| Attorney for Plaintiff: | Attorney for Defendants: |
| *s/Rachel M. Weisberg* <br> Amanda Antholt <br> Rachel M. Weisberg <br> EQUIP FOR EQUALITY <br> 20 N. Michigan Ave. #300 <br> Chicago, IL 60602 <br> (312) 895-7319 <br> amanda@equipforequality.com <br> rachelw@equipforequality.com | *s/Brian J. Sharpe* <br> Martin K. LaPointe <br> Brian J. Sharpe <br> LaPOINT LAW, P.C. <br> 1200 Shermer Road, Suite 310 <br> Northbrook, IL 60062 <br> (847) 786-2505 <br> mlapointe@lawpointlaw.com <br> bsharpe@lawpointlaw.com |

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2017, the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties of record.

s/*Rachel M. Weisberg*
Rachel M. Weisberg
EQUIP FOR EQUALITY
20 N. Michigan Ave. #300
Chicago, IL 60602
(312) 895-7319
rachelw@equipforequality.com